# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **ROBERT WODA,** | : | |
| **Plaintiff,** | : | **Case No. C2-99-479** |
| v. | : | **Judge Holschuh** |
| **CITY OF COLUMBUS, et al.,** | : | **Magistrate Judge King** |
| **Defendants.** | : | |
| | : | |

## ORDER

This matter came to be heard upon the joint motion of the parties pursuant to Fed. R. Civ. P. 60(b), as contemplated in *First National Bank of Salem, Ohio v. Hirsch*, 535 F.2d 343 (6th Cir. 1976), asking this Court to vacate the judgment of July 8, 2003.

Considering the entire record, and the parties' desire to settle, the Court is of the opinion, and so finds, that should the case be remanded to it by the Court of Appeals for the Sixth Circuit, this Court is inclined to grant the relief requested.

IT IS, THEREFORE, ORDERED BY THE COURT that, if this case is remanded to the District Court by the Court of Appeals, this Court is disposed to grant the parties' 60(b) motion.

Date: December 9, 2003
/s/ **John D. Holschuh**
John D. Holschuh, Judge
United States District Court